UNITED STATES, Appellee

v

RAYMUNDO V. CERVANTES, Private E-1,
U. S. Army, Appellant

9 USCMA 574, 26 CMR 354

No. 11,192

Decided September 12, 1958

*Major Edward Fenig* and *First Lieutenant James G. Garner* were on the brief for Appellant, Accused.

*Lieutenant Colonel John G. Lee* and *First Lieutenant Thomas M. Lofton* were on the brief for Appellee, United States.

Opinion of the Court

PER CURIAM:

The issue here is the same as in United States v Martin, 9 USCMA 568, 26 CMR 348, decided this date. For the reasons there stated, the decision of the board of review is affirmed.